UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. CAMPBELL, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00021-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT**<br><br>(Doc. 11) |

    Plaintiff Charles A. Rogers is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

    On October 13, 2022, Plaintiff filed "Plaintiff's Request to File a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2)." (Doc. 11.) Plaintiff contends the "issues in the initial complaint were continuing and additional potential causes of action has [sic] has been discovered." (*Id*. at 1.)

**BRIEF PROCEDURAL BACKGROUND**

    Plaintiff filed his original complaint on January 6, 2021. (Doc. 1.) Following screening (Doc. 9), Plaintiff filed a first amended complaint on December 8, 2021 (Doc. 10). The Court has not yet screened Plaintiff's first amended complaint.

//

Plaintiff now moves the Court to file a second amended complaint and has lodged the amended complaint with this Court. (*See* Doc. 12.)

**DISCUSSION AND ORDER**

Leave to amend a pleading "is entrusted to the sound discretion of the trial court," *Pisciotta v. Teledyne Indus., Inc.*, 91 F.3d 1326, 1331 (9th Cir. 1996), and "[t]he court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2). In exercising its "discretion, a court must be guided by the underlying purpose of Rule 15 to facilitate decision on the merits, rather than on the pleadings or technicalities…. Accordingly, Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality." *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981) (internal quotation marks and citations omitted).

Upon review of Plaintiff's motion, including the proposed second amended complaint lodged simultaneously, the undersigned finds good cause to grant the motion. Accordingly, the Court ORDERS:

1. Plaintiff's motion for leave to file a second amended complaint (Doc. 11) is GRANTED;
2. The Clerk of the Court is directed to file Plaintiff's second amended complaint; and,
3. The Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:  **October 21, 2022**                /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE