UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>             Plaintiff,<br><br>      v.<br><br>K. CAMPBELL, et al.,<br><br>             Defendants. | Case No. 1:21-cv-00021-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>**Clerk of the Court to Assign District Judge**<br><br>**14-DAY OBJECTION DEADLINE** |

Plaintiff Charles A. Rogers is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     RELEVANT PROCEDURAL BACKGROUND**

On January 31, 2023, this Court issued its Second Screening Order. (Doc. 15.) The Court found Plaintiff's second amended complaint stated a cognizable First Amendment claim against Defendant K. Campbell but failed to state any other cognizable claims for relief against any other Defendant. (*Id*. at 9-17.) Plaintiff was given 21 days to elect one of the following options: (1) file a third amended complaint curing the deficiencies identified in the order; (2) notify the Court of his willingness to proceed only on the claim found cognizable by the Court; or (3) file a notice of voluntary dismissal. (*Id*. at 17-18.)

//

On February 16, 2023, Plaintiff filed notice electing to proceed only on his First Amendment claim against Defendant Campbell. (*See* Doc. 16.)

## II.     FINDINGS AND RECOMMENDATIONS

Accordingly, the Clerk of the Court is directed to randomly assign a district judge to this action. Further, and for the reasons set forth in the Court's Second Screening Order (Doc. 15), the Court **RECOMMENDS** that:

1. Defendants Brian Cates, J. Gutierrez, T. Horn, L. Lundy, Kelly Nouwels, S. Stiles, W.J. Sullivan, J. Vaquera, and T. White be DISMISSED; and

2. The claims in Plaintiff's second amended complaint be DISMISSED, *except* for the claim alleging a violation of Plaintiff's First Amendment rights against Defendant K. Campbell.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 6, 2023**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE