1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES A. ROGERS,                          Case No. 1:21-cv-00021-JLT-SKO (PC)

12                          Plaintiff,            **ORDER DISCHARGING ORDER TO**
                                                  **SHOW CAUSE IN WRITING WHY**
13          v.                                    **SANCTIONS SHOULD NOT BE IMPOSED**
                                                  **FOR PLAINTIFF'S FAILURE TO FILE AN**
14    K. CAMPBELL, et al.,                        **OPPOSITION OR STATEMENT OF NON-**
                                                  **OPPOSITION**
15                          Defendants.
                                                  (Doc. 30)
16

17

18          Plaintiff Charles A. Rogers is proceeding pro se and *in forma pauperis* in this civil rights

19    action pursuant to 42 U.S.C. § 1983.

20    **I.      INTRODUCTION**

21          On April 5, 2024, Defendants Campbell, Cates, and Sullivan filed a motion to dismiss

22    Plaintiff's third amended complaint for a failure to state a claim, pursuant to Rule 12(b)(6) of the

23    Federal Rules of Civil Procedure. (Doc. 29.)

24          When Plaintiff failed to file an opposition to Defendants' motion within 21 days, on May

25    6, 2024, this Court issued its Order to Show Cause ("OSC") in Writing Why Sanctions Should

26    Not Be Imposed for Plaintiff's Failure to File an Opposition or Statement of Non-Opposition.

27    (Doc. 30.) Plaintiff was ordered to file a written response to the OSC within 14 days. (*Id*. at 3.)

28

1  Alternatively, Plaintiff could file his opposition, or statement of non-opposition, to Defendants'

2  motion to dismiss within 14 days. (*Id.*)

3       On May 23, 2024, Plaintiff filed a document titled "Motion of Memorandum." (Doc. 31.)

4  The Court construes the filing to be Plaintiff's opposition to Defendants' motion to dismiss and

5  will discharge the OSC.

6  **II.     CONCLUSION AND ORDER**

7       Based on the foregoing, **IT IS HEREBY ORDERED** that the OSC issued May 6, 2024

8  (Doc. 30) be **DISCHARGED**.

9
10  IT IS SO ORDERED.

11  Dated:   **May 28, 2024**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE
12

2