UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. CAMPBELL, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00021-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANT CAMPBELL'S FAILURE TO FILE AN ANSWER TO THE OPERATIVE COMPLAINT**<br><br>**SEVEN (7) DAY DEADLINE** |

Plaintiff Charles A. Rogers is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 30, 2025, District Judge Jennifer L. Thurston issued her Order Adopting Findings and Recommendations to Grant in Part and Deny in Part Defendants' Motion to Dismiss. (Doc. 36.) Defendants Cates and Sullivan were dismissed from the action, and Defendant Campbell was ordered to file an answer to the operative complaint within 21 days. (*Id*. at 2.) Although more than 21 days have passed, Defendant Campbell has failed to file an answer to Plaintiff's third amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Campbell **SHALL** show cause in writing, **within seven (7) days** of the date of service of this order, why sanctions should not be imposed for his or her failure

to comply with the Court's order issued September 30, 2025; *or*

2. **Alternatively**, within that same time, Defendant Campbell may file an answer to Plaintiff's third amended complaint.

IT IS SO ORDERED.

Dated:   **October 27, 2025**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE