1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>          Plaintiff,<br><br>     v.<br><br>K. CAMPBELL, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00021-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE NOTICE REGARDING EARLY ADR**<br><br>**14-DAY DEADLINE** |

Plaintiff Charles A. Rogers is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 3, 2025, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 40.) The parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the order. (*Id*. at 2.) On December 18, 2025, Defendant K. Campbell filed notice indicating a willingness to participate in an early settlement conference. (Doc. 44.) Although more than 45 days have passed, Plaintiff has failed to file the Notice Regarding Early Settlement Conference as directed.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this

order, why sanctions should not be imposed for his failure to comply with the Court's order issued November 3, 2025; *or*

2. **Alternatively**, within that same time, Plaintiff may file the completed notice form provided and served to Plaintiff on November 3, 2025.

<u>**WARNING**</u>**: Plaintiff's failure to comply with this Order to Show Cause and the Court's November 3, 2025, order may result in a recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 29, 2025**              /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

2