UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS, | Case No. 1:21-cv-00021-JLT-SKO (PC) |
| Plaintiff, | **ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| K. CAMPBELL, et al., | (Doc. 53) |
| Defendants. | |

On March 23, 2026, counsel for Defendant Kristofer Campbell filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 53.) The stipulation is signed and dated by Plaintiff Charles A. Rogers and Connor Nordstrom, counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2026**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE